# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 2,269.—THE STATE OF MONTANA ex rel. LUKE WILLIAMS, RESPONDENT, v. B. E. CALKINS, TREASURER, APPELLANT.

*Appeal from District Court, Silver Bow County; Geo. M. Bourquin, Judge.*

On motion to dismiss appeal.

Decided April 3, 1906.

PER CURIAM.—Upon motion of the respondent herein, this appeal is hereby dismissed.

*Mr. James E. Healy,* for Appellant.

*Messrs. Mackel & Meyer,* for Respondent.